IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CLAUDIA MICHELE THRELKELD,<br><br>    Plaintiff,<br>  v.<br><br>BUFORD CITY SCHOOL DISTRICT;<br>GEYE HAMBY; and BRENDA<br>BROWN,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>1:10-cv-3073-TCB<br><br>FIRST AMENDED COMPLAINT<br>AND DEMAND FOR JURY TRIAL |

**FIRST AMENDED COMPLAINT**

Under Fed. R. Civ. P. 15 and the Court's order (Doc. 9), Plaintiff Claudia Michele Threlkeld amends her complaint (Doc. 1)[1] and shows the Court:

**JURISDICTION AND VENUE**

1.

This action arises under 42 U.S.C. § 1983. Jurisdiction is based upon 28 U.S.C. §§ 1331 and 1343.

2.

Venue is properly laid in this Court.

---

[1] The only substantive change to the complaint is in paragraph 17. (Doc. 1).

## PARTIES

3.

Plaintiff currently resides in Gwinnett County, Georgia, which is in the Atlanta Division of the Northern District of Georgia.

4.

Defendant Buford City School District may be served through its chief executive officer, Superintendent Geye Hamby. The Buford City School District is subject to the jurisdiction of this Court.

5.

Defendant Geye Hamby is an individual residing in this district. During the times mentioned in this complaint, Hamby was employed by the Buford City School District as its Superintendent. Hamby is sued in his individual capacity and is subject to the jurisdiction of this Court.

6.

Defendant Brenda Brown is an individual residing in this district. During the times mentioned in this complaint, Brown has been employed by the Buford City School District as its Director of Transportation. Brown is sued in her individual capacity and is subject to the jurisdiction of this Court.

# FACTS

7.

Plaintiff was employed by the Buford City School District as a school bus driver during January 22, 2003 through May 25, 2010.

8.

Plaintiff's employment with the Buford City School District was terminated by Defendants Hamby and Brown.

9.

In terminating Plaintiff's employment, Defendant Hamby acted as an agent and policymaking official of the Buford City School District.

10.

In terminating Plaintiff's employment, Defendant Brown acted as an agent and policymaking official of the Buford City School District.

11.

The Buford City School District has also adopted and ratified the actions of Defendants Hamby and Brown in terminating Plaintiff and the basis for their actions.

12.

On approximately March 2, 2010, "The Gwinnett Daily Post" published an

article entitled "Buford to install artificial turf on school's fields." (Exhibit A). The article stated that the Buford City School District was spending $632,000 for the installation of artificial turf at the Buford High School's football and band practice fields.

13.

At the newspaper's website, readers posted comments to the article. Several comments criticized the Buford City School District for spending money for artificial turf when it was laying off teachers and staff.

14.

Plaintiff was concerned about the artificial turf project and agreed with the comments posted online questioning the spending priorities of the Buford City School District.

15.

On approximately March 15, 2010, Plaintiff posted a link to the article and comments mentioned above on her Facebook profile with the description "today's humor."

16.

The subject of the article in "The Gwinnett Daily Post," the comments to the article, and of Plaintiff's link was and is a matter of public concern to the community.

17.

In posting the link on her Facebook profile, Plaintiff was acting and speaking as a citizen and not as an employee of the Buford City School District. Plaintiff used her own computer and was off-duty.

18.

Restricting Plaintiff's ability to link on her Facebook profile to the article and comments in "The Gwinnett Daily Post" was not necessary to the effective and efficient operations of the Buford City School District.

19.

Plaintiff's speech on her Facebook profile was and is protected by the First Amendment to the U.S. Constitution.

20.

On approximately March 16, 2010, Defendants Hamby and Brown summoned Plaintiff into a meeting in Hamby's office. Assistant Superintendent Allison Johnson was also present.

21.

At the March 16, 2010 meeting, Hamby: confronted Plaintiff; showed Plaintiff a printed copy of Plaintiff's Facebook post that linked to "The Gwinnett Daily Post" article and comments; criticized Plaintiff for her Facebook post; said that Plaintiff had

humiliated him, the Buford City School District administration, and its entire board; demanded to know how Plaintiff had found out about the article in "The Gwinnett Daily Post"; said that Plaintiff had put a big target on her back; suggested that her job was in jeopardy; and asked Plaintiff to remove the link on her Facebook profile. Defendant Brown also stated that maybe Plaintiff did not need a Facebook account.

22.

Plaintiff complied that day with Hamby's request and removed the link to "The Gwinnett Daily Post" article from her Facebook profile.

23.

On approximately May 25, 2010, Defendants fired Plaintiff from her job as a driver for the Buford City School District.

24.

Defendant Brown informed Plaintiff that she was fired and gave her a letter that stated, "We no longer have a position for you as of the end of the 2009/2010 school year." A copy of the letter is attached as Exhibit B.

25.

The grounds stated in the letter were false inasmuch as Plaintiff's position was not eliminated and Defendants have hired new drivers for school year 2010-11.

26.

Plaintiff's posting of the link on her Facebook profile "The Gwinnett Daily Post" article and comments was a substantial, motivating, and determinative factor in Defendants' decision to terminate Plaintiff.

27.

Defendants have acted with callous and reckless indifference to Plaintiff's rights. Their actions have been malicious, wanton, and willful.

**RETALIATION AGAINST PROTECTED SPEECH**

28.

Plaintiff realleges paragraphs 1-27.

29.

Defendants' actions have deprived Plaintiff of her right of free speech protected by the First Amendment to the U.S. Constitution.

30.

As a proximate result of the actions of Defendants, Plaintiff has suffered the following harm: loss of income, pain and suffering, mental and emotional distress and anguish, and other losses that will be proven at trial.

31.

Plaintiff is entitled to a temporary restraining order and preliminary and permanent injunctions requiring Defendants to reinstate her to the job from which they terminated her.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all issues triable by jury.

WHEREFORE, Plaintiff demands the following relief:

(a) Trial by jury;

(b) Compensatory damages in an amount to be proven at trial;

(c) Back pay and front pay;

(d) A temporary restraining order and preliminary and permanent injunctions requiring Defendants to reinstate Plaintiff to the job from which she was terminated;

(e) Punitive damages in an amount to be proven at trial;

(e) Plaintiff's reasonable attorney's fees;

(f) All costs of Court; and

(g) Such other and further relief as the Court deems appropriate.

Respectfully Submitted,

HOLLBERG & WEAVER, LLP


<u>s/George M. Weaver</u>
| | |
|---|---|
| George M. Weaver | 743150 |
| Jeffrey A. Shaw | 557870 |
| Attorney for Plaintiff | |

2921 Piedmont Rd., Ste. C
Atlanta, Georgia 30305
Tel: (404) 760-1116
Fax: (404) 760-1136
gweaver@hw-law.com
jshaw@hw-law.com

Buford to install artificial turf on schoolâ's fields                                             Page 1 of 3

☒ Gray Interactive

**PRINTTHIS**
Powered by  Clickability

Posted: 7:49 PM Mar 2, 2010

## Buford to install artificial turf on school's fields

Installation of artificial turf at Buford High School's football and band practice fields will become a reality, thanks to a vote here Monday night by the Buford City Commission.

**Reporter:** By Randy Cox, Staff Correspondent

Post Your Comments

First Name:
Location:
Enter Comments:    1000    characters left
Email (optional):

By posting this comment I have read and agree to the Terms of Use and Privacy Policy: ☐
You must agree to the Terms of Service to continue.

Read Comments
*Comments are posted from viewers like you and do not always reflect the views of this station.*

Posted by: Triple A Location: BOO-FORD *on Mar 11, 2010 at 09:49 AM*

Since we are talking about Leadership, let's all sing a song! Shirt so tight, shirt so tight, looking like a fool with my shirt so tight. Running around school, looking like a fool – shirt so tight - shirt so tight. Who wrote the letter 'bout shirt so tight - shirt so tight did you write the letter 'bout shirt so tight? Screaming at the kids, screaming at the staff – shirt so tight - shirt so tight. You ain't cool - looking like a fool – shirt so tight - shirt so tight! Maybe if he wore the right size shirt he would be a happier camper...

Posted by: MOVED - IN Location: Buford *on Mar 11, 2010 at 08:06 AM*

Whoa now B-Town Inbred - Think about it for just a minute, If it weren't for all us "Move-Ins", Buford would be nothing more than a VERY Shallow gene POOL. Nonetheless, the issue at hand is not Phillip Beard, it is simply that the teachers deserve more than they are getting. The lack of leadership has obviously punched a hole in the Gold Lining of the Buford bubble and now teachers are being penalized for the foolish spending of a few. I think it is absurd to spend

**EXHIBIT    A**

frivolously on Turf, when teachers and staff are suffering from poor financial management. Yes, the economy is poor and yes every school system is suffering from lower revenues. However, do you flaunt something like Artificial Turf in the the faces of your employees, when they are making sacrifices at home due to more furlough days than any other school system? If you still think that it's a good idea, so be it. Maybe someone needs to dig a little deeper in to the problem!

Posted by: BTOWN BORN & BTOWN BRED Location: Buford *on Mar 10, 2010 at 08:01 AM*

All you loosers need to pack up and leave town. The ridiculous BS you've posted on this site tells me that you know nothing about BUFORD. Phil Beard has done more for Buford than the three of you could ever do or imagine. I think it's great that we are at a stage in our city's history where we can realistically spend this kind of money on such an amenity. I remember the days when there was nothing in Buford...Nothing....no tax base...nothing... The old middle school was full of ASBESTOS and for the idiot below who suggested that it was perfectly fine...why don't we send your kids or love ones to a building full of the cancer causing agent....wouldn't like that would you? If you think you can do a better job....why not put your hat in the ring and run for one of the commission positions? There is a thing called an ELECTION and evidently most Buford people think that Phil has done a good job, along with the rest of the commission and school board members.

Posted by: Outraged Location: Everywhere *on Mar 9, 2010 at 10:26 AM*

What a sorry excuse for leadership. The Buford City School System furloughed teachers and staff more than any other school system in the state of Georgia, yet they can find money for the Football PRACTICE Field. I guess we all know how the administration feels about the teachers and staff. Although I am not surprised by anything these idiots do, I can't help but feel sorry for the hard working teachers. They deserve better than Mutt and Jeff. As far as Mr. Buford, I used to think he always had the best interest of the children in mind, however, after observing the past several years and watching the leadership that has been let go and hired, I think Mr. Buford doesn't want a true Leader at the Helm of the School. He simply wants a puppet that he can control. Well, Mr. Buford, you got you a prize!. I'm sure you will use SPLOST to pay for the field, but be careful, I might start talking about the Taj Mahal or CO as you put it... What a waste of our TAX money!

Posted by: Derrick *on Mar 5, 2010 at 10:41 PM*

Bubba,I hope you have known this for a while about Phillip Beard this isn't new this has been going on for years,if you are in the click you can get a job for the city,as well as get the impossible done if you are a good athlete you can go to the city schools not living in the district without paying until the heat gets on then whoever gets thrown under the bus it's the good ole boy buddy system in the city hall teachers even buying and flipping land near the city limits for a profit,annexing property into the city for gain,a perfectly good middle school torn down on spur 13 or as we know it 23 hwy.what about all his family that is in the school system and city Hall? there should have been someone with guts enough to had a formal investigation and audit but no one will stand up to him or his buddies!

Posted by: Bubba Buford Location: Buford *on Mar 3, 2010 at 02:53 PM*

For those that don't know Mr Beard is a very wealthy man and pretty much runs Buford. Of course he is in the building market. His pet project has always been Buford High. I believe the money for astro turf could be spent somewhere else like cleaning up the projects in Buford or providing

> Firemen with cameras and better equip to rescue people in Buford, etc.. But hey it's just another day in the good ole boy network in Buford

**Find this article at:**
http://www.gwinnettdailypost.com/localnews/headlines/86087862.html?storySection=comments

☐ Check the box to include the list of links referenced in the article.

Copyright © 2002-2008 - Gray Television Group, Inc.



## Buford City Schools Transportation Department

May 25, 2010

To:         Michelle Threlkeld

From:       Brenda Brown

Subject:    Termination

Date:       May 25, 2010

This letter is in reference to your position, as a School Bus Driver with Buford City Schools Transportation Department. We no longer have a position for you as of the end of the 2009/2010 school year May 25th 2010. Your employment with Buford City School is terminated.

Brenda Brown
Transportation Director

**EXHIBIT   B**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CLAUDIA MICHELE THRELKELD,<br><br>Plaintiff,<br>v.<br><br>BUFORD CITY SCHOOL DISTRICT; GEYE HAMBY; and BRENDA BROWN,<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>1:10-cv-3073-TCB |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing FIRST AMENDED COMPLAINT with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Randall C. Farmer, Esq.
BROCK, CLAY, CALHOUN & ROGERS, LLC
49 Atlanta Street
Marietta, GA 30060

Gregory D. Jay
CHANDLER, BRITT, JAY & BECK, LLC
4350 South Lee Street
Buford, Georgia 30518

This 9th day of December, 2010.

|  |  |
|---|---|
| s/ George M. Weaver | |
| George M. Weaver | 743150 |
| Jeffrey A. Shaw | 557870 |
| Attorneys for Plaintiff | |

HOLLBERG & WEAVER, LLP
2921 Piedmont Road, N.E., Suite C
Atlanta, Georgia 30305
(404) 760-1116
gweaver@hw-law.com
jshaw@hw-law.com