IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CLAUDIA MICHELE THRELKELD, <br><br> Plaintiff, <br><br> v. <br><br> BUFORD CITY SCHOOL DISTRICT; GEYE HAMBY; and BRENDA BROWN, <br><br> Defendants. | CIVIL ACTION FILE <br> NO.:  1:10-CV-03073-TCB |

## **STIPULATED DISMISSAL WITH PREJUDICE**

Under Fed. R. Civ. P. 41(a)(1)(ii), all parties to the above-styled case stipulate that all claims stated in the complaint are dismissed with prejudice.

This the 26th day October, 2011.

                                                    s/George M. Weaver
                                                    George M. Weaver
                                                    Georgia Bar No. 743150
                                                    Jeffrey A. Shaw
                                                    Georgia Bar No. 557870
                                                    Attorneys for Plaintiff Threlkeld

HOLLBERG & WEAVER, LLP
2921 Piedmont Road, N.E., Suite C
Atlanta, GA 30305
404-760-1116
gweaver@hw-law.com
jshaw@hw-law.com

(signatures continued on next page)

                                                s/Randall C. Farmer
                                                Randall C. Farmer
                                                Georgia Bar No. 255345
                                                Attorney for Defendants

BROCK, CLAY, CALHOUN & ROGERS, LLC
49 Atlanta Street
Marietta, GA  30060
770-422-1776
rfarmer@brockclay.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CLAUDIA MICHELE THRELKELD,<br><br>    Plaintiff,<br><br>v.<br><br>BUFORD CITY SCHOOL DISTRICT; GEYE HAMBY; and BRENDA BROWN,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO.: 1:10-CV-03073-TCB |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing STIPULATED DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Randall C. Farmer, Esq.
>BROCK, CLAY, CALHOUN & ROGERS, LLC
>49 Atlanta St.
>Marietta, GA  30060
>
>Gregory D. Jay, Esq.
>CHANDLER, BRITT, JAY & BECK, LLC
>4350 South Lee St.
>Buford, GA  30518

- 1 -

This 26th day of October, 2010.

                                               s/George M. Weaver
                                               George M. Weaver
                                               Georgia Bar No. 743150
                                               Attorney for Plaintiff Threlkeld

HOLLBERG & WEAVER, LLP
2921 Piedmont Rd., Ste. C
Atlanta, GA  30305
(404) 760-1116
gweaver@hw-law.com

1279443_1.DOC